## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALLEGHENY CEMETERY, THE HOMEWOOD CEMETERY, SMITHFIELD CEMETERY, THE CATHOLIC CEMETERIES ASSOCIATION OF THE DIOCESE OF PITTSBURGH, | : | No. 15 WM 2024 |
| Petitioners | : | |
| v. | : | |
| PITTSBURGH WATER & SEWER AUTHORITY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2024, the Application for Extraordinary Relief is DENIED.